# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

13 SEP 30 AM 11:07

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>JUAN PABLO CENICEROS JACOBO,<br><br>　　　　　　Defendant. | CASE NO. 13CR3102-CAB<br><br>**JUDGMENT OF DISMISSAL** |

　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, without prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Indictment/Information:

21 USC 952 AND 960 - IMPORTATION OF METHAMPHETAMINE AND COCAINE

　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: SEPTEMBER 27, 2013

　　　　　　　　　　　　　　　　　Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　U.S. District Judge